AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

**LODGED**
CLERK, U.S. DISTRICT COURT

12/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

for the

Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

12/10/2021

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___ KC ___ DEPUTY

United States of America

v.

Tre Valentine,
aka Treasure Manager,

Defendant.

Case No. 5:21-mj-00720

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 1, June 9, June 10, June 11, and June 21, 2021, in the county of Riverside in the

Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children; |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography; |
| 18 U.S.C. § 2422(b) | Enticement of a Minor to Engage in Illicit Sexual Activity |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____/s/_____
*Complainant's signature*

Jonathan Ruiz, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   December 10, 2021

_____
*Judge's signature*

City and state:   Riverside, California

Hon. Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Sonah Lee x26924

## AFFIDAVIT

I, Jonathan Ruiz, being duly sworn, declare and state as
follows:

### I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the United States
Department of Homeland Security, Immigration and Customs
Enforcement, Homeland Security Investigations ("HSI") and have
been so employed since 2007.  From April 2007 to November 2014,
I was assigned to the Child Exploitation Investigations Group
for the HSI Office of the Special Agent in Charge, Los Angeles,
California.  In November 2014, I transferred to the Child
Exploitation Investigations Group for the HSI Office of the
Assistant Special Agent in Charge, Riverside and San Bernardino,
California.  My daily duties as a SA include investigating
criminal violations relating to child exploitation and child
pornography, including violations pertaining to the illegal
production, distribution, receipt, and possession of child
pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A.
During the course of these investigations, I have participated
in the execution of numerous search warrants and seized evidence
of such violations.

2.   Through my training and experience, I have become
familiar with the methods of operation used by people who
sexually exploit children.  I have attended training classes and
seminars concerning computer crimes and the sexual exploitation
of children on the Internet.  My training and experience in
these investigations has given me an understanding of how people

involved with offenses relating to the sexual exploitation of children use the Internet to further those offenses.

## II. PURPOSE OF AFFIDAVIT

3.   This affidavit is made in support of a criminal complaint against Tre VALENTINE ("VALENTINE"), for violations of Title 18, United States Code, Section 2251(a) (Sexual Exploitation of Children); Title 18, United States Code, Section 2252A(a)(2) (Receipt of Child Pornography); and Title 18, United States Code, Section 2422(b) (Enticement of a Minor to Engage in Illicit Sexual Activity) (together, the "SUBJECT OFFENSES").

4.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. SUMMARY OF PROBABLE CAUSE

5.   Beginning on an unknown date and through on or about June 27, 2021, Tre VALENTINE, also known as "TREASURE MANAGER," communicated with a 16-year-old minor female ("MINOR SW") who resides in Riverside County, California, over the internet and induced MINOR SW to produce erotica images of herself. VALENTINE told MINOR SW that he sold these images of MINOR SW to other people online for money and he in turn also compensated

MINOR SW to produce such images.  Later on during their online relationship/conversation, VALENTINE induced MINOR SW to produce sexually explicit images of herself engaging in sex acts.

a.   Specifically, on or around June 1, 2021, at VALENTINE's demand and under VALENTINE's directions, MINOR SW created and sent to VALENTINE videos files depicting herself nude in the shower, penetrating herself with a penis-shaped object.

b.   Later in the month, on or around June 9, 10, 11, and 21, 2021, also at VALENTINE's demand and under VALENTINE's specific directions, MINOR SW created and sent to VALENTINE several video files of herself engaging in various sex acts with another male, later identified as SUSPECT RC.

IV. **STATEMENT OF PROBABLE CAUSE**

A.   **Initial Report to Law Enforcement by Parents of MINOR SW**

6.   On or about June 29, 2021, the parents of MINOR SW (16-year-old-female) went to the Riverside County Sheriff's Department to report that they found communications on MINOR SW's Apple iPad (the "iPad") from an individual identified as "TREASURE MANAGER" who was coaching MINOR SW on making sexually explicit videos and helping her with meeting others for sex for the purpose of recording the acts.  MINOR SW's parents showed law enforcement the communications they found one the iPad and subsequently turned the iPad over to law enforcement for further investigation.  The investigation was subsequently assigned to Investigator ("Inv.") Ian Anderson with the Riverside County

District Attorney's office, Riverside County Anti-Human
Trafficking Taskforce ("RCAHT").

7.     On or about June 30, 2021, Inv. Anderson obtained and
subsequently executed a California State search warrant
authorizing the search of the iPad for violations relating to
child exploitation and human trafficking.  Inv. Anderson
conducted a preliminary search of the iPad and found that it
contained communications MINOR SW had with a person saved in her
iPad contact as "TREASURE MANAGER" ("TREASURE").

        a.    The communications between MINOR SW and TREASURE
took place using cellular and/or iMessage service and occurred
between April 27, 2021, and June 27, 2021.

        b.    TREASURE utilized the phone number 847-344-4348
(the "SUBJECT PHONE NUMBER") and an iMessage account registered
with email address TREASUREZION@ICLOUD.COM (the "SUBJECT EMAIL
ACCOUNT") and MINOR SW utilized her iMessage account registered
with MINORSW@ICLOUD.COM.[1]

        c.    The communications between MINOR SW were often
sexually explicit and involved MINOR SW producing and sending
sexually explicit images and videos of herself to TREASURE at
his demand.  Inv. Anderson found that TREASURE often referred to
the images and videos of MINOR SW as "content," which he stated
he sold online to customers.

        d.    Additionally, Inv. Anderson found that TREASURE
instructed MINOR SW to search for men online, who both TREASURE

---

[1] The actual name of MINOR SW's email account registered to
iMessage is known to law enforcement but it has been redacted in
this application for privacy reasons.

and MINOR SW referred to as "content partners," who are willing to record themselves having sex with MINOR SW for creating "content."  TREASURE also disclosed to MINOR SW that he will pay the "Content Partners" MINOR SW finds to create sexually explicit content.

e.   Inv. Anderson identified one "content partner" as "SUSPECT RC[2]," an adult male residing in California, who engaged in numerous recorded sex acts with MINOR SW on multiple occasions in June 2021.

f.   Prior to many of of MINOR SW and SUSPECT RC's recorded sexual encounters, TREASURE communicated instructions to MINOR SW on what type of sexual acts to record with SUSPECT RC.  Similarly, after the sexually explicit videos/images were created, they were sent to TREASURE who often critiqued MINOR SW about the images and videos capturing the sexual acts, as well as told her what she did wrong and will have to do during the next recorded sexual encounter.

g.   In exchange for the images and videos MINOR SW produced and sent to TREASURE, it appears that TREASURE sent money to MINOR SW via Cash App and Zelle[3], and made online

---

[2] The identity of "SUSPECT RC" is known to law enforcement however his name and identity has been redacted in this application as he is unaware of the current investigation involving him.

[3] Cash App and Zelle are online financial tools that allow for the transfer of money from one person to another. They operate like the more commonly used services providers PayPal and Venmo, by allowing their users to create accounts searchable by username, phone number, or email address which can be used to send and receive money.

purchases for food and clothing that were delivered to MINOR SW
at her residence in Riverside County, California.

     **B.**    **Identification of VALENTINE aka TREASURE**

    8.   In reviewing the communications between TREASURE and
MINOR SW, Inv. Anderson found that TREASURE sent messages
disclosing to MINOR SW that he is in the military and that he is
in the United Kingdom.  On April 27, 2021, TREASURE informed
MINOR SW that he recently broke his iPhone and would have to
ship it back to Apple in the United States where he bought it
for a replacement.  However, TREASURE informed MINOR SW that
they could still communicate without the iPhone because he
possessed an Apple MacBook.

    9.   On April 20, 2021, TREASURE sent MINOR SW a self-
produced video of himself walking through what appears to be the
inside of an airplane hangar holding U.S. military aircraft. The
video depicts the black male adult walking through the hangar
while telling another individual who is not visible in the
camera "Making this video, for this girl that don't trust me."
The black male adult is wearing a head covering that only allows
for his eyes to be visible.  However, the black male adult is
wearing a jacket bearing the name "VALENTINE" on his right
breast and "U.S. Airforce" on his left breast.

    10.  On June 29, 2021, Inv. Anderson requested assistance
from RCAHT Crime Analyst Christine Talley in conducting records
checks to identify TREASURE.  Crime Analyst Talley conducted
searches for the SUBJECT PHONE NUMBER used to communicate with
MINOR SW within the online database TLO, a research tool that

hosts a vast collection of public and proprietary records such as consumer and credit bureau data, motor vehicle data, utility, real estate, and other business data.

11.   The results of the search yielded a single result which reported that the SUBJECT PHONE NUMBER was registered to an individual identified as "Tre Valentine," date of birth of 10/xx/1993, and social security number of XXX-XX-4161[4] (TREASURE will now be referred to in this application as "VALENTINE"). TLO also reported that VALENTINE was issued an Illinois state drivers license, #V45380093287, registered to 18519 Hood Ave, Homewood, IL, 60430.  Crime Analyst Talley subsequently requested a photo of the individual associated with the Illinois drivers license V45380093287 issued to Tre Valentine, with the same date of birth as above, from law enforcement at the Western States Information Network ("WSIN[5]").

a.   In response to her request, WSIN provided the following Illinois driver's license and identification card information belonging to VALENTINE:

> Driver's License V453-8009-3287 (SUSPENDED)
> Valentine Tre
> 18519 Hood Ave, Homewood, IL 60430
> Date of Birth: October xx, 1993[6]

[4] VALENTINE's full date of birth and social security number are known to law enforcement but have been redacted for privacy reasons in this application.

[5] WSIN is part of the Regional Information Sharing Systems (RISS) Program made up of various law enforcement partners and is designed to assist local, state, federal, and tribal criminal justice partners with providing adaptive solutions and services that facilitate information sharing, support criminal investigations, and promote officer safety.  The RISS Program is utilized in all 50 states, the District of Columbia, U.S. territories, England, New Zealand, and parts of Canada.

[6] Redacted here, but same as above.

```
Sex: Male
Height: 5'10"
Weight: 130
Hair: Brown
Eye: Brown
Issued 01/02/2015


Identification Card 4538-0093-287V
Valentine Tre
8120 S. Woodlawn Ave, Chicago, IL 60619
Date of Birth: October xx, 1993[7]
Sex: Male
Height: 5'11"
Weight: 140
Hair: Black
Eye: Brown
Issued 07/02/2021
```

b.    WSIN also provided the photos associated with the drivers license and identification card.  The photos appear to have been taken years apart, however, they depict the same black male adult (VALENTINE).

12.    On or about July 28, 2021, Inv. Anderson contacted law enforcement with the Air Force Office of Special Investigation ("OSI") and learned that VALENTINE is an active member of the U.S. Airforce and that on July 25, 2021, he returned to an Air Force Base near Klamath Falls, Oregon following the completion of an assignment in the United Kingdom.

a.    On or about August 18, 2021, OSI provided Inv. Anderson VALENTINE's "Record of Emergency Data," dated August 5, 2021.  VALENTINE's "Record of Emergency Data" contained various information about VALENTINE including his social security number.

---

[7] Same as above.

b.   VALENTINE also listed his address as 345 N. 5th
Street, Apartment #60, Klamath Falls, Oregon 97601 (the "SUBJECT
PREMISES") and listed the SUBJECT PHONE NUMBER as his phone
number.  VALENTINE identified his mother as Nichelle Valentine
at 8120 Woodlawn Avenue, Chicago, IL 60619, the same address
contained on VALENTINE's Illinois identification card.

### C.   HSI Joins Investigation

13.  In or about late July 2021, I was contacted by Inv.
Anderson who requested assistance with the investigation into
VALENTINE and SUSPECT RC as it appeared both individuals had
engaged in numerous federal violations involving the sexual
exploitation and trafficking of MINOR SW.  I subsequently
obtained a copy of the search warrants he authored for MINOR
SW's iPad, as well as well as a copy of the data extracted from
MINOR SW's iPad.

14.  In or about August 2021, I reviewed the communications
Inv. Anderson found on MINOR SW's iPad which were consistent
with what Inv. Anderson described to me.  I found that VALENTINE
and MINOR SW appeared to have been communicating before April
27, 2021, the first date of recoverable communications contained
on the iPad.  There were references in their conversation about
the two initially meeting on Instagram.  Specifically, on May 4,
2021, MINOR SW asked VALENTINE "So How did you find me?"
VALENTINE replied, "I always be searching different hashtags and
talking to different ppl and you popped in my explore page one

day on IG[8]."  Additionally, there are messages from MINOR SW in
the conversation stating that she had to delete some
communications due to data storage limitations on the iPad,
which may explain why messages occurring between her and
VALENTINE before April 27, 2021, were not recovered.

15.  I also found, as identified by Inv. Anderson, that
VALENTINE knew MINOR SW was a minor, even well before he began
soliciting sexually explicit images and videos from her.  MINOR
SW sent numerous messages during their conversation
demonstrating that she is a minor.

a.  Specifically, on May 10, 2021, MINOR SW sent
VALENTINE a picture of her California Identification card
displaying her photo, address, and date of birth demonstrating
that she was 16 years old at the time of their communications.
Additionally, on multiple occasions, MINOR SW sent VALENTINE
messages describing how she is still in high school, and at
times talked about her parents making her stay home because she
is on "punishment."  Despite knowing MINOR SW is a minor,
VALENTINE engaged in sexually explicit conversations with her,
and on multiple occasions solicited MINOR SW for sexually
explicit content.

16.  In the beginning of their conversation, from April 27,
2021, until about May 27, 2021, MINOR SW objected to creating
any nude images or videos of showing her genitalia, and firmly
objected to creating images of videos that would be considered

---

[8] I know from training and experience and from prior
investigations "IG" is often used in messaging to mean
Instagram.

"child pornography."  The following are communications recovered

from MINOR SW's iPad that occurred on April 27, 2021,

demonstrating MINOR SW's initial objections to creating child

pornography:

> VALENTINE:     Did you make the video I told you to
> make?
>
> MINOR SW:      I'm waiting for nightfall
>
> isn't that when you wanted me to create it
>
> VALENTINE:     The other one.
>
> Off the record one. 🙃
>
> MINOR SW:      I'm dont make child porn
>
> my phones at 4 and I don't have power so if you don't
> get them right away thats why
>
> VALENTINE:     Lmao who said you doing anything with
> anybody &
>
> That's a bet
>
> MINOR SW:      Child porn is any type of content
> involving sexually explicit conduct involving a minor
>
> So that's why when minors send nudes to pedos it's
> considered child porn even if the child isn't having
> sex with another person in the photo

17.  Many of the images and videos MINOR SW produced for

VALENTINE before May 27, 2021, were pictures of MINOR SW posing

and modeling various outfits or were "erotica[9]."  The images

depicted MINOR SW dancing provocatively to music while wearing

revealing clothing, or underwear.  Some of the erotica images

---

[9] "Erotica," as used herein, means materials or items that
are sexually arousing to persons but that are not necessarily
obscene or do not necessarily depict persons engaging in
sexually explicit conduct.

depicted MINOR SW nude, however, many of these nude images that MINOR SW produced for VALENTINE before May 27, 2021, depicted her using her hands and feet to hide her nipples and genitalia from the camera's view.

18.  At times, VALENTINE demanded that MINOR SW produce specific images or videos despite MINOR SW telling him she did not want to.  In some instances, MINOR SW pleaded with VALENTINE saying that she was too tired, or too sore, or that it was too late and had school in the morning.  In response, VALENTINE typically responded to MINOR SW telling her simply "Do what you're told[10]."

19.  I found communications where VALENTINE disclosed to MINOR SW that he sells MINOR SW's images and videos using social media platforms like Snapchat, Fetlife, and others to customers for 15$ per video, and 10$ for four pictures.

20.  I found communications where VALENTINE provided MINOR SW with a weekly "to do" list which included a physical fitness regimen involving stretching and dancing routines.  VALENTINE also required that MINOR SW provide him with access to her social media and email accounts, which he routinely accessed and searched and would question her about if VALENTINE felt MINOR SW was hiding something from him or not being truthful.  For some of MINOR SW's accounts, such as her iCloud account, it is apparent that she has enabled Two Factor Authentication

---

[10] Message VALENTINE aka TREASURE sent to MINOR SW on May 27, 2021

("2FA")[11]; MINOR SW sends VALENTINE unsolicited messages containing 2FA codes, or a screenshot of a 2FA code popup, indicating that he is attempting to access her accounts remotely.  Having the login information and access to MINOR SW's iCloud account gave VALENTINE access to the information stored on MINOR SW iCloud account including data backed up on her devices such as her iPad.  Information such as her saved photos, and videos, iMessage communications, and sources of payment.

### D.   VALENTINE Induces MINOR SW to Produce Child Pornography

21.  As discussed above, prior to May 27, 2021, MINOR SW responded to VALENTINE's solicitations for images and videos with erotica and objected to producing anything that was pornographic.  The images and videos MINOR SW had been sending to VALENTINE prior to May 27, 2021, were sexual in nature but did not typically show her genitalia or depict MINOR SW engaging in a sex act.

22.  However, on May 27, 2021, MINOR SW sent VALENTINE, at his request, multiple images of herself. In the images MINOR SW sent, she is depicted touching various parts of her nude body including her vagina, buttocks and nipples.  MINOR SW is also depicted exposing her breasts, vagina, and anus so that it is visible to the camera. It is apparent in the images that MINOR SW is pubescent as her pubic hair is visible and she shows signs

---

[11] Two-factor authentication (2FA) is an extra step added to the log-in process of an account used to prevent unauthorized account access.  The extra step could include the sending the account holder a code to a trusted phone number or device that must be interred in addition to the password before the user is permitted to log-in to the account.

of some breast development.  The images MINOR SW produced contained metadata showing the date and time they were created, which is contemporaneous to the conversation and VALENTINE's requests.  The images also contained GPS coordinates showing that they were produced at MINOR SW's residence in Riverside County, California.

23.  From May 27, 2021, until June 27, 2021, the last message recovered on the iPad, VALENTINE solicited and subsequently received dozens of sexually explicit images and or videos of MINOR SW.  Theses sexually explicit images and videos depict MINOR SW nude in the shower while penetrating her vagina with a penis shaped object; depict MINOR SW's genitalia exposed to the camera, and/or depict MINOR SW engaging in various sex acts with SUSPECT RC.

### E.   VALENTINE Induces MINOR SW to Producing Child Pornography of Herself

24.  On May 27, 2021; June 1, 2021; June 3, 2021; June 4, 2021; June 8, 2021; and June 17, 2021, MINOR SW produced and sent to VALENTINE, at VALENTINE's demand, sexually explicit images of herself.

25.  Below are portions of the conversations detailing one of the instances which began on June 1, 2021, at 11:59 AM:

VALENTINE:    How cool are you with your plug?

MINOR SW:     I've only ever ordered from him one
other time

VALENTINE:    Darn. Gotcha

MINOR SW:     Why

VALENTINE:    I need like a cool guy friend who will
be down to take pics and get some car content.

If you ask a girl that's a friend she'll think you're cheating lbs

MINOR SW:     Can't [MINOR SW's girlfriend] just take photos of me in her car

VALENTINE:     I don't want her involved in our business. Didn't I just say that?

MINOR SW:     Oh then idk

VALENTINE:     I literally just said this

Anyway. Make the vid and send then I'll have some more for you to do. Don't want to keep you all day so let's get to work.


26.   MINOR SW sent VALENTINE a video, which appears to have been broken up into three parts.  The first two portions of the video are 4 minutes and 18 seconds in length and the last portion is 3 minutes and 32 seconds in length.  Each of the three video sections depict MINOR SW standing nude in the shower facing towards the camera.  Throughout the videos MINOR SW is seen penetrating herself with a penis-shaped object.  Metadata contained in the video/s shows that they were created on June 1, 2021, at 12:05 PM.  Additionally, GPS data contained in the video/s show that there were created at MINOR SW's residence in Riverside County.

**F.    VALENTINE Induces MINOR SW to Produce Child Pornography Depicting Her and SUSPECT RC**

27.   On or about June 9, 2021; June 10, 2021; June 11, 2021; and June 21, 2021, MINOR SW produced and sent to VALENTINE, at his demand, sexually explicit images and videos of her and SUSPECT RC engaging in sex acts.

28.   The following details the conversation between VALENTINE and MINOR SW, which began on June 8, 2021, at 11:42 PM, and led to the first sexual encounter that occurred on June 9, 2021:

| | |
|---|---|
| VALENTINE: | What time are you seeing him tomorrow |
| MINOR SW: | 8 |
| VALENTINE: | What content are y'all getting a |
| MINOR SW: | What we discussed |
| VALENTINE: confusion | Go through it so I know ain't no |

29.   MINOR SW sent VALENTINE an image of her reflection in the mirror showing her sunburned back and buttocks.  MINOR SW is nude in the image and is facing away from the camera.  Metadata contained in the image shows that it was created on June 9, 2021, at 12:00 AM at MINOR SW's residence in Riverside County.

MINOR SW: Underwear and nude and just some fun photos then some with his cum on my tits

VALENTINE:     Facial too

Take some holding it too and kissing it

You didn't put sunscreen on?

MINOR SW: Ok and no sunscreen is dangerous

VALENTINE:     Have him take a vid when he's about to cum on you. Then can take pics of it after

Don't call and text him like you did last time. If he oversleeps it's his fault and we just won't use him and stick to him being a weed man only

30.  The following conversation took place on June 9, 2021, beginning at 8:07 AM:

    MINOR SW: I don't think he's going to come

    But I'm in touch with the other guy and told him to come instead

    VALENTINE:    Okay bet what time is he available

    MINOR SW: He said he's on his way

    VALENTINE:    Perfect. This was his friend he had contact you?

    MINOR SW: Yes

    VALENTINE:    Bet. Now his friend gonna replace him and have him jealous. What he gets for being unreliable

    MINOR SW: Right! I don't understand how you can be a business owner and waste others time like that

    VALENTINE:    Crazy then he about to be butthurt that he missed his beat

    MINOR SW: Tragic

31.  MINOR SW sent VALENTINE an image of herself sitting in the front seat of what is believed to be SUSPECT RC's vehicle. MINOR SW is wearing a white bikini top and blue colored underwear.  Metadata contained in the image shows that it was created on June 9, 2021, at 9:42 AM approximately one mile south of MINOR SW's residence in Riverside County.

    VALENTINE:    Yum 😋

32.  MINOR SW sent VALENTINE six images of herself sitting in the back seat of what is believed to be SUSPECT RC's vehicle.

The first three images MINOR SW is wearing the same white bikini top and blue colored underwear.  In the last three images MINOR SW appears to have removed her blue colored underwear and is only wearing the white bikini top.  MINOR SW's genitalia is not visible in these three images. Metadata contained in the six images shows that they were all created on June 9, 2021, between 9:57 AM and 10:02 AM approximately one mile south of MINOR SW's residence in Riverside County.

> VALENTINE:     Very sexy baby.
> How's the vibe
>
> MINOR SW: Very nice! He's an Aries
>
> VALENTINE:     See how the universe works.
> We got the right person in the end.
> You start getting the nude content yet

33.  MINOR SW sent VALENTINE a video that is approximately 18 seconds in length.  MINOR SW appears to be in the back seat of what is believed to be SUSPECT RC's vehicle on her hands and knees facing away from the camera. MINOR SW is wearing the same white bikini top and blue colored underwear.  During the video, MINOR SW is seen shaking her buttocks to the camera.  At the end of the video, the camera appears to fall out of the car and on to the floor with the camera facing up toward the sky.  SUSPECT RC is clearly visible outside the vehicle and is seen bending over to pick up the camera from the ground.  Metadata contained in each of the videos shows that they were created on June 9,

2021, at 10:11 AM approximately one mile south of MINOR SW's
residence in Riverside County.

> VALENTINE:    Dang how you drop me on my head like
> that.
>
> Ask him what his CashApp is
>
> MINOR SW: He has zelle I'll send you his #
>
> VALENTINE:    Nigga don't need to know my real name &
> number😭 but iight.
>
> Y'all start getting nude and freaky content yet
>
> MINOR SW: He's really cool and yes my top is off we're
> talking
>
> MINOR SW: +1 (951) XXX-XXXX[12]
>
> VALENTINE:    I know. I'm saying I use zelle for ppl
> I actually know. You literally work for me that's why
> I have your zelle.
>
> But alright. Does he know everything I want done?
>
> MINOR SW: Yes
>
> VALENTINE:    Ok.

34.  MINOR SW sent VALENTINE three images of herself
sitting in the back seat of what is believed to be SUSPECT RC's
vehicle.  In each of the three images MINOR SW is nude and is
squatting on her feet on top of the rear seat.  MINOR SW's legs
are spread apart exposing her vagina to the camera.  Metadata
contained in the three images shows that they were all created
on June 9, 2021, between 10:25 and 10:26 AM approximately one
mile south of MINOR SW's residence in Riverside County.

---

[12] SUSPECT RC's full phone number for is known to law
enforcement however it has been redacted in this application.

VALENTINE:        ❤️🔥

35.   MINOR SW sent VALENTINE two images of herself sitting in the back seat of what is believed to be SUSPECT RC's vehicle. In each of the images MINOR SW is nude and is sitting down on her buttocks in the rear seat.  MINOR SW's legs are spread apart exposing her vagina to the camera and she is using her right hand to grab her right breast.  Metadata contained in the two images shows that they were both created on June 9, 2021, at 10:29 AM approximately one mile south of MINOR SW's residence in Riverside County.

VALENTINE:        

36.   MINOR SW sent VALENTINE two videos each depicting MINOR SW performing oral sex on SUSPECT RC in the backseat of what is believed to be SUSPECT RC's vehicle.  Both MINOR SW and SUSPECT RC are nude in each of the videos.  The first video is approximately 35 seconds in length, and the second video is approximately 45 seconds length.  Metadata contained in the two videos shows that they were each created on June 9, 2021, at 11:00 AM and 11:01 AM approximately one mile south of MINOR SW's residence in Riverside County.

37.   MINOR SW sent VALENTINE an image of herself nude with clear fluid dripped on her nude body.  The camera is focused on her torso just above her pubic area.   Drops of a clear fluid

are visible on her body. Metadata contained in the image shows
that it was created on June 9, 2021, at 11:41 AM approximately
one mile south of MINOR SW's residence in Riverside County.

>     VALENTINE:     Loved an image
>
>     Loved a movie
>
>     Loved a movie
>
>     Loved a movie
>
>     That's my baby 🤢🥵
>
>     How often is he available?
>
>     Let him know I'll be able to pay him next week when I
>     get this content to my customers.
>
>     MINOR SW: He said he has 3 days off a week
>
>     VALENTINE:     So glad you two Vibed.

38.   VALENTINE sent MINOR SW an image talking about the
compatibility of an Aries man and a Libra Woman.

>     VALENTINE:     Liked "He said he has 3 days off a week
>     "
>
>     He wasn't able to video the cumshot?
>
>     You look so good sucking
>
>     MINOR SW: No it happened quick
>
>     Thank you
>
>     VALENTINE:     Did he play with your pussy at all?
>
>     MINOR SW: Yes a little bit
>
>     VALENTINE:     Good.
>
>     Y'all still hanging or you back home?

MINOR SW: I'm home

VALENTINE:     Loved "I'm home "

Did you enjoy yourself

MINOR SW: Yea it was alright

VALENTINE:     See if he has some boys. Need content partners so we don't over use just one person

You got facefucked for the first time. You have a good gag reflex. Nice and sloppy

39.   The second sexual encounter between SUSPECT RC and MINOR SW occurred on June 10, 2021.  Before the sexual encounter occurred, the following conversation between VALENTINE and MINOR SW took place on June 10, 2021, between 10:49 AM and 11:14 AM:

VALENTINE:     Okay solid.

Do two rounds today because I know he's gonna cum quick.

That way he can last longer the 2nd round when he's fucking and can have some bomb content"

MINOR SW: 🙄

VALENTINE:     Each vid yesterday was quick you made him nut too fast! Your mouth game was better than you thought #compliment

MINOR SW: Thank you

VALENTINE:     Yw and why you made that big eye emoji

MINOR SW: He's here

We in the car

VALENTINE:     Okay solid cool

40.   MINOR SW sent VALENTINE five images of herself each depicting her sitting in the front passenger seat of what is believed to be SUSPECT RC's vehicle.  MINOR SW is wearing a grey colored bikini top and bottoms and has her legs spread apart.

Metadata contained in the images shows that they were created on June 10, 2021, between 11:54 AM and 11:55 AM approximately 2.5 miles north of MINOR SW's residence in Riverside County.

VALENTINE:   😈😈

41.  MINOR SW sent VALENTINE an image of herself sitting in the front passenger seat of what is believed to be SUSPECT RC's vehicle.  MINOR SW is wearing the same grey colored bikini top and bottoms and is facing away from the camera exposing her buttocks to the camera. Metadata contained in the image shows that they were created on June 10, 2021, at 11:56 AM approximately 2.5 miles north of MINOR SW's residence in Riverside County.

VALENTINE:   🧁

42.  MINOR SW sent VALENTINE two images of herself sitting in the front passenger seat of what is believed to be SUSPECT RC's vehicle.  MINOR SW is wearing the same grey colored bikini top and bottoms and is facing away from the camera exposing her buttocks to the camera. Metadata contained in the images shows that they were created on June 10, 2021, at 11:56 AM approximately 2.5 miles north of MINOR SW's residence in Riverside County.

VALENTINE:   Loved an image

Loved an image

43.   MINOR SW sent VALENTINE a video that is approximately 22 seconds in length of herself images of herself sitting in the front passenger seat of what is believed to be SUSPECT RC's vehicle.   MINOR SW is wearing the same grey colored bikini top and bottoms and is facing away from the camera exposing her buttocks to the camera.   During the video MINOR SW is shaking her buttocks to music while the camera operator, who is believed to be SUSPECT RC, moves the camera closer to MINOR SW's buttocks.   Metadata contained in the image shows that the video was created on June 10, 2021, at 11:59 AM approximately 2.5 miles north of MINOR SW's residence in Riverside County.

VALENTINE:   Loved a movie
             Cakes looking good lil baby

44.   MINOR SW sent VALENTINE four videos each depicting SUSPECT RC engaging in vaginal sex with MINOR SW in the back of what is believed to be believed to be SUSPECT RC's vehicle. Both SUSPECT RC and MINOR SW are nude.   Each of the videos are a little over one minute in length.   Metadata contained in the videos shows that they were created on June 10, 2021, between 12:30 PM and 1:07 PM approximately 2.5 miles north of MINOR SW's residence in Riverside County.

VALENTINE:   You still out?
             You looked good taking that dick baby. Y'all only

```
                    did one position?
                    Cum pics?

MINOR SW:     He didn't cum
VALENTINE:    😱
              Wth

MINOR SW:     Yes he said he already cummed before so he could
              last long

VALENTINE:    You only got 1min clips again 🙄 after I told you
              get longer clips.

MINOR SW:     I tried but he wasn't staying hard

VALENTINE:    He messed his self up by jerking off before seeing
              you. If he would have done it my way and let you
              make him cum twice it would have been perfect. These
              dudes don't even be realizing
              You didn't take nude pics?

MINOR SW:     I'll do better next time
              No I didn't
              I felt like I didn't have enough time

VALENTINE:    How long were you two together?
              Tell him never pre jerk off again.
              He's there to help make content. Not act like he's
              gonna be your boyfriend or something. Cumshots are
              called money shots for a reason "
              Have you found anymore guys yet? To help with
              content and did he give you his friends contact?
```

45.   The third sexual encounter between SUSPECT RC and

MINOR SW occurred on June 11, 2021. Before the sexual encounter

occurred, the following conversation between VALENTINE and MINOR

SW took place on June 11, 2021, between 11:16 AM and 11:22 AM:


```
    MINOR SW: We're going to his house to make content

    VALENTINE:    I thought you said he lived 1hr away

    VALENTINE:    Loved an image

    MINOR SW: His dads house

    VALENTINE:    I don't like that you didn't get as
    much outdoors content as usual I don't reward laziness
```

MINOR SW: His room is there and I'm sorry the conditions were painful and it was burning

VALENTINE:      I hate excuses you know that

And okay

46.   Between 1:30 PM and 1:32 PM that same day, MINOR SW sent VALENTINE approximately seven videos each depicting SUSPECT RC engaging in sexual acts sex with MINOR SW in what is believed to be SUSPECT RC's father's residence.  In each of the seven videos SUSPECT RC and MINOR SW are nude.  In at least 5 of the videos SUSPECT RC is seen vaginally penetrating MINOR SW and or having MINOR SW perform oral sex on him.  Metadata contained in the seven videos shows that they were created on June 11, 2021, between 12:28 PM and 1:22 PM at/near SUSPECT RC's father's residence located at 1541 Amethyst Lane, Beaumont, California.

47.   The following conversation between VALENTINE and MINOR SW occurred minutes after the videos were sent to VALENTINE:

VALENTINE:      Loved an image

48.   MINOR SW sent VALENTINE a video of SUSPECT RC engaging in vaginal sex with MINOR SW in what is believed to be SUSPECT RC's father's residence.  The video is approximately 37 seconds in length and concludes with SUSPECT RC ejaculating on MINOR SW. Metadata contained in the video shows that it was created on June 11, 2021, at 1:49 PM at/near SUSPECT RC's father's residence located at 1541 Amethyst Lane, Beaumont, California.

VALENTINE:      How was it today baby

MINOR SW: Very good

VALENTINE:      Did he cum this time?

MINOR SW: Yes the last video

He cummed on my face

VALENTINE:      Did you take pics?

MINOR SW: No

VALENTINE:      I obviously haven't been hard enough on
you then

MINOR SW: WHATTT

VALENTINE:      You should know my expectations by now/

MINOR SW: I'll take some when I'm home

VALENTINE:      Trying to make you the best money
maker. You need to know what I want from you


49.  The fourth sexual encounter between SUSPECT RC and

MINOR SW occurred on June 21, 2021.  Though there are no

communications between VALENTINE and MINOR SW discussing plans

for this specific sexual encounter, in about an hour after

recording the videos, MINOR SW sent them to VALENTINE.  Each of

the videos depict SUSPECT RC and her engaging in various sex

acts including vaginal and oral sex.  Metadata contained in each

of the videos shows that they were created on June 21, 2021,

between 12:15 PM and 12:26 PM in some hills located in Menifee

about 8 miles west of MINOR SW's residence.

50.  On June 21, 2021, at 1:29 PM, after MINOR SW sent the

three videos to VALENTINE, the following conversation between

VALENTINE and MINOR SW occurred:

MINOR SW:        Sorry for the videos being so shorttt
we were in a crunch for time

And then my phone overheated in the middle of
recording

VALENTINE:       Did he cum

MINOR SW:        No

VALENTINE:       Damn this dude be struggling

**G.    Search Warrant Return from iCloud Accounts belonging
to VALENTINE and MINOR SW**

51.  On July 30, 2021, Inv. Anderson obtained and
subsequently executed a California State search warrant on Apple
Inc. requiring the production of iCloud account data registered
to the SUBJECT EMAIL ACCOUNT ("SUBJECT ICLOUD ACCOUNT") and
MINORSW@ICLCOUD.COM.  The search warrant authorized the search
for evidence of violations relating to online sexual
exploitation of a child and human trafficking.

        a.   Apple responded to the search warrant and
provided Inv. Anderson with the information responsive to the
warrant, which Inv. Anderson subsequently provided me with a
copy of the information.

        b.   I found that MINOR SW's iCloud account only
contained communications between VALENTINE and MINOR SW from May
28, 2021, until June 26, 2021, and the communications that were
provided appeared to be duplicative of what was already
recovered from MINOR SW's iPad.

        c.   However, SUBJECT ICLOUD ACCOUNT contained
communications between VALENTINE and MINOR SW from as early as
April 17, 2021, until June 27, 2021.  The communications

appeared to contain most, if not all, of the same communications recovered from MINOR SW's iPad, including all of the child pornography images and videos MINOR SW produced and sent to VALENTINE at his request.

52.   I found an entry for MINOR SW saved within VALENTINE's "contacts." The contact information for MINOR SW contained a photo of MINOR SW, taken from the side, wearing a bikini top and underwear.  Information saved to her contact information included her phone number, address, birthdate, and physical measurements including but not limited to, height, weight, bust size, and hip size.

53.   I reviewed the images, videos and documents saved to SUBJECT ICLOUD ACCOUNT and found numerous images, videos, and documents indicating that the SUBJECT ICLOUD ACCOUNT and the SUBJECT EMAIL ACCOUNT are controlled by VALENTINE.

        a.   The account contained images depicting VALENTINE wearing a U.S. Airforce uniform bearing the last name "Valentine" on the right breast.  Some of those uniformed photos show VALENTINE holding a certificate of achievement issued by the U.S. Airforce bearing the name "Tre Valentine."

        b.   I also found self-produced images of VALENTINE holding his U.S. issued passport up to his face with the identification and photo pages opened.  The U.S. passport clearly shows VALENTINE'S name, date of birth, and photo of himself.

        c.   I also found a photo taken of a photocopy of VALENTINE's Illinois drivers license V453-8009-3287 as well as

photo of VALENTINE's Illinois identification card 4538-0093-287V.

        d.    I also found a photo depicting a U.S. Government issued Personal Identity Verification ("PIV") card issued to "Tre Valentine," with a photo depicting VALENTINE.  The PIV card identified VALENTINE as a member of the "Uniformed Services" with an Agency listed as "Air Force."

        e.    I also found documents detailing a hotel reservation had been made a though "Booking.com" (reservation number "2517175857") to stay at the Comfort Inn and Suites located at 2500 S. 6th Street, Klamath Falls, Oregon, from July 18, 2021, until August 21, 2021.  The reservation confirmation was sent to SUBJECT EMAIL ACCOUNT and appeared to be saved to the "Calendar" of the iCloud account.

        i.    I conducted a search online of the Comfort Inn and Suites and found that it is approximately 5 miles away from Kingsley Field Air National Guard Base.

        f.    In addition to the government issued identification documents depicting VALENTINE, I also found photo of VALENTINE's rental agreement application for VALENTINE's current residence located at SUBJECT PREMISES.

        i.    The rental agreement was filled out by hand and bears the name "Tre Valentine" and shows that it is for the rental period of August 2, 2021, to February 2, 2022.

        ii.    The rental agreement also contains VALENTINE's handwritten contact information bearing the SUBJECT PHONE NUMBER and the SUBJECT EMAIL ACCOUNT.

**H.   T-Mobile Indicates that SUBJECT PHONE NUMBER Belongs to VALENTINE**

54.   On October 18, 2021, I issued a summons to T-Mobile requesting subscriber information for the SUBJECT PHONE NUMBER assigned to the customer during the month of June 2021.

a.   On or about October 21, 2021, T-Mobile responded to the summons and reported that the SUBJECT PHONE NUMBER was registered to "Tre Valentine" with a Billing address of 18519 Hood Ave., Homewood, IL 60430.

55.   T-Mobile reported that VALENTINE's account was established on November 11, 2016, and "Active through Date Searched."  T-Mobile also provided information showing the last two devices assigned the account.  The first device had Electronic Serial Number ("ESN") 353968102366755 and was associated with the account from September 22, 2019, until June 18, 2021; the second, and most current device, has ESN "356548105229627" and has been associated with the account from June 18, 2021, and is "Active through Date Searched."

**I.   Charter Communications Indicates SUBJECT PHONE NUMBER and SUBJECT EMAIL ACCOUNT Belong to VALENTINE**

56.   On October 28, 2021, I issued a summons to Charter Communications requesting information relating to the subscriber account located at the SUBJECT PREMISES.  I also requested IP address logs for the past 90 days relating to the user's account.

a.   On November 2, 2021, Charter Communications responded to with the requested information and reported that Internet service at the SUBJECT PREMISE is assigned to Customer

"Tre Valentine." Charter Communications also provided a contact email and phone number for VALENTINE which was the SUBJECT EMAIL ACCOUNT and the SUBJECT PHONE NUMBER.

**J.   CashApp Indicates VALENTINE Tried to Pay MINOR SW**

57.   On or about July 27, 2021, and July 30, 2021, Inv. Anderson obtained and subsequently executed California State search warrants on Square Inc. (Doing business as "Cash App") for accounts suspected of belonging to VALENTINE, MINOR SW, and SUSPECT RC.  The requested information included Cash App accounts registered with the VALENTINE's name, date of birth, as well as other identifiers such as the SUBJECT EMAIL ACCOUNT and SUBJECT PHONE NUMBER.  Similarly, Inv. Anderson also requested Cash App accounts registered to the names, dates of birth and phone numbers belonging to MINOR SW and SUSPECT RC. Cash App responded and provided Inv. Anderson with the requested records.

58.  I received a copy of the information provided by Cash App and found that on April 29, 2021, Cash App reported that they found approximately 16 Cash App accounts associated with VALENTINE.  The accounts were registered in VALENTINE's name, date of birth and Cash App provided the last four digits of the registrant's social security number which are the same as VALENTINE's.  One of the accounts belonging to VALENTINE, identified by Cash App as "8scvj0m2j," was registered with the SUBJECT EMAIL ACCOUNT, and the address of 8120 South Woodlawn Avenue, Chicago, Il. 60619.

a.   Transaction history for the account 8scvj0m2j showed that it was used on April 29, 2021, to attempt payment to

MINOR SW in the amount of $50.00, however the transaction was reported by Cash App as "Automatically_Blocked." There did not appear to be any additional Cash App transaction between VALENTINE and MINOR SW.

59. Cash App provided information relating to Cash App accounts used by SUSPECT RC and MINOR SW, however, in reviewing the transaction history I did not see any Cash App transactions between VALENTINE and SUSPECT RC or between SUSPECT RC and MINOR SW.

### K.  Zelle Indicates Payments to MINOR SW from VALENTINE

60. On or about July 27, 2021, Inv. Anderson obtained and subsequently executed a California State search warrant on Early Warning Services, LLC (Doing business as "Zelle") for accounts suspected of belonging to VALENTINE, MINOR SW, and SUSPECT RC. On or about August 30, 2021, Zelle responded and provided Inv. Anderson with the requested records. Zelle provided Inv. Anderson with account registration for each of the requested accounts which showed that VALENTINE possessed numerous Zelle accounts, including some registered with the SUBJECT EMAIL ACCOUNT and the SUBJECT PHONE NUMBER. Zelle also identified an account belonging to MINOR SW registered with MINOR SW's phone number.

61. I reviewed the transaction history of these accounts and found that VALENTINE made approximately 20 payments, between April 27, 2021, and June 20, 2021, to MINOR SW totaling approximately $1350.00. The payments VALENTINE made were between $6.00 and $200.00 each. I did not see any Zelle

transactions between VALENTINE and SUSPECT RC or between SUSPECT RC MINOR SW.

## V.  CONCLUSION

62.  For all the reasons described above, there is probable cause to believe that Tre VALENTINE has violated the SUBJECT OFFENSES, namely, violations of Title 18, United States Code, Section 2251(a)(Sexual Exploitation of Children); Title 18, United States Code, Section 2252A(a)(2) (Receipt of Child Pornography); and Title 18, United States Code, Section 2422(b) (Enticement of a Minor to Engage in Illicit Sexual Activity).

/S/
_____
Jonathan Ruiz, Special Agent
Homeland Security
Investigations

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone this 10th day of December
2021.

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE