[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
01/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

Case Number: 5:22-cr-00022-FMO
Defendant Number: 1
U.S.A. v. TRE VALENTINE
Year of Birth: 1983
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): HSI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
  [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
  [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Unknown date through June 27, 2021

c. County in which first offense occurred: Riverside

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  [ ] Los Angeles    [ ] Ventura
  [ ] Orange         [ ] Santa Barbara
  [✓] Riverside      [ ] San Luis Obispo
  [ ] San Bernardino [ ] Other

Citation of Offense: 18 U.S.C. § 2422(b); 18 U.S.C. §§ 2251(a), (e); and 18 U.S.C. §§ 2252A(a)(1), (b)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  [✓] No   [ ] Yes
  If "Yes," Case Number: N/A

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 12/10/2021
Case Number: 5:21-MJ-00720
Assigned Judge: Hon. Sheri Pym, U.S. Magistrate Judge
Charging: 18 U.S.C. §§ 2251(a) ; 2252A(a)(2); and 2422(b)

The complaint/CVB citation:
  [✓] is still pending
  [ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
  IF YES, provide Name: N/A
  Phone Number: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number: N/A

The superseded case:
  [ ] is still pending before Judge/Magistrate Judge
  N/A
  [ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
  [ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect:

N/A

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien

Alias Name(s): aka "Treasure Manager,"

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other   Child Pornography

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☑ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration: ☐ State  ☑ Federal
b. Name of Institution: In transportation
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☑ Solely on this charge. Date and time of arrest: 12/16/2021
e. On another conviction: ☐ Yes ☑ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☑ No
   IF YES: ☐ State  ☐ Federal  AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20  21  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 01/14/2022

/S/
Signature of Assistant U.S. Attorney
Sonah Lee
Print Name